UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

_____

HOWARD HINES, et al.,

      Plaintiffs,

v.   **ORDER**
Civil File No. 4-73-387(MJD/AJB)

WENDELL ANDERSON, et al.,

      Defendants.

JOAN FABIAN, Commissioner of
the Minnesota Department of Corrections,

      Movant.
_____

Mary R. Vasaly, Maslon Edelman Borman & Brand, LLP, Counsel for Plaintiffs.

Jennifer A. Service, Assistant Attorney General, State of Minnesota, Counsel for Defendants and Movant.
_____

      The above-entitled matter comes before the Court upon Movant's appeal of the Order of United States Magistrate Judge Arthur J. Boylan dated August 19, 2005.  This Court will reverse a magistrate judge's order on a nondispositive issue only if it is clearly erroneous or contrary to law.  28 U.S.C. § 636(b)(1)(A); Fed. R. Civ. P. 72(a); D. Minn. L.R. 72.1(b)(2).

      The Court has reviewed the applicable law and Movant's appeal and

1

objections and finds that the Magistrate Judge correctly applied the law and that the Order is not clearly erroneous. Based on this Court's review of the record, the Court **AFFIRMS** the Magistrate Judge's Order dated August 19, 2005.

**IT IS HEREBY ORDERED** that:

Magistrate Judge Boylan's Order dated August 19, 2005 [Docket No. 730] is **AFFIRMED**.

Plaintiffs' request to amend the briefing schedule, found in their Memorandum of Law in Response to Objections to Magistrate Judge's Order Appointing Expert [Docket No. 734] is referred to Magistrate Judge Boylan.

Dated: September 26, 2005               s/ Michael J. Davis
                                        Judge Michael J. Davis
                                        United States District Court